# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 01cr2788 JM |
|---|---|
| Plaintiff, | CIVIL NO. 17cv2310 JM |
| v. | ORDER DISMISSING MOTION BROUGHT PURSUANT TO 28 U.S.C. §2255 FOR FAILURE TO OBTAIN CERTIFICATION FROM THE NINTH CIRCUIT |
| JOSE G. CEBREROS, | |
| Defendant. | |

On November 14, 2017, Defendant Jose G. Cebreros filed a second Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. §2255 ("Motion").[1] As a prerequisite to bringing a second Motion, "[a] second or successive motion must be certified as provided in section 2244 by a panel of the appropriate court of appeal. . ." 28 U.S.C. §2255(h). Accordingly, the court dismisses the Motion for failure to obtain the required certification from the Ninth Circuit. The Clerk of Court is instructed to close the file.

**IT IS SO ORDERED.**

DATED: November 21, 2017

                                              Hon. Jeffrey T. Miller
                                              United States District Judge

---

[1] On February 23, 2011, the court denied Defendant's first Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. §2255. (ECF 69).

cc: All parties